**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 0 6 2022   ★

BROOKLYN OFFICE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| H.S. Print Service Pvt. Ltd., a Private Limited Company,<br><br>Plaintiff<br><br>v.<br><br>Anand Printing Machinery Inc. a New York Corporation; and DOES 1-20,<br><br>Defendants. | CASE NO. **CV 22-3955**<br><br>**COMPLAINT FOR:** **GUJARATI, J.**<br>1. **Breach of Contract;**<br>2. **Fraud In the Inducement;**<br>3. **Unjust Enrichment;** **LINDSAY, M.J.**<br>4. **Conversion; and**<br>5. **Tortious Interference with Prospective Advantageous Business Relationship.**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff H.S. Print Service Pvt. Ltd. ("Plaintiff"), by its attorneys, Infinity Law Group LLP, as and for its complaint against Defendant Anand Printing Machinery Inc. and DOES 1-20 ("Defendants"), alleges as follows:

### NATURE OF ACTION

1. This is an action to recover damages caused by Defendant's fraudulent conduct. Defendant knowingly solicited Plaintiff into buying a printing machine worth hundreds of thousands of dollars and later defrauded Plaintiff by selling the same machine to a different entity after receiving the payment for the machine. Plaintiff has not only lost money paid for the machine but has incurred loss profits and reputational damage as it failed to fulfil its contractual obligation to resell the machine to another third party in India.

## THE PARTIES

2.  Plaintiff H.S. Print Service Pvt. Limited. is a private limited company with its principal office in New Delhi, India.

3.  Defendant Anand Printing Machinery Inc. is, upon information and belief, a New York Corporation with its principal place of business at 188 West 16th Street, Deer Park, New York 11729.

4.  Plaintiff is informed and believes, and thereon alleges, that all times relevant herein each of the Defendant DOES 1-20 were responsible in some manner for the occurrence and injuries in this Complaint. Their names and capacities are currently unknown to Plaintiff. Plaintiff will amend this Complaint to show such true names and capacities when the same have been ascertained.

## JURISDICTION AND VENUE

5.  This Court has jurisdiction under 28 U.S.C. § 1332 based on diversity of citizenship between Plaintiff and Defendant, and because the amount in controversy exceeds $75,000. This Court has supplemental jurisdiction over all state law claims under 28 U.S.C. § 1367, and under principles of pendent jurisdiction.

6.  Venue is proper in this district pursuant to 28 U.S.C. § 1391.

## FACTS COMMON TO ALL CLAIMS

7.  Plaintiff is in the business of importing and selling printing machines to its clients in India. It has been in this business for two decades. Defendant is a printing-machine broker based out of New York. On or about February 19, 2022, Plaintiff's founder and director, Hari Singh, reached out to Defendant's owner, Aman Kumar, to purchase a used printing machine called Heidelberg CD 102-6LX.

8.  On or about February 24, 2022, Plaintiff and Defendant reached a deal and agreed on a purchase price of $245,000 and, accordingly, Defendant issued an invoice to Plaintiff for said amount. See Exhibit A to the Complaint, incorporated herein by reference. As per the contract reached, Defendant would sell Plaintiff the printing machine, Heidelberg CD 102-6LX, Serial Number 539185, with all standard accessories and equipment (the "Print-Machine"). On information and belief, Plaintiff alleges that

Defendant had purchased the Print Machine from a printing press in Redding California called Redding Print Co. Inc.  The purchase price included costs for shipping the Print Machine from Redding, CA to India.

9.  As per the contract, Plaintiff was to pay: $25,000 as an advance payment on or before March 3, 2022; $170,000 before loading of the Print Machine for shipping; and $50,000 after the release of the Print Machine from Customs at the port of entry.

10. Immediately, after the invoice was issued, Plaintiff diligently made the following payments to Defendant by wiring money from its bank account in India to Defendant's Bank of America account in New York; by depositing money in Defendant's account directly and also by paying cash in India:

| Dates | Amount | Method |
|---|---|---|
| February 28, 2022 | $25,000 | Wire |
| March 10, 2022 | $25,000 | Wire |
| April 22, 2022 | $45,000 | Wire |
| April 22, 2022 | $28,000 | Deposit |
| April 25, 2022 | $10,000 | Deposit |
| April 25, 2022 | $10,000 | Deposit |
| April 25, 2022 | $5,666 | Deposit |
| April 26, 2022 | $10,000 | Deposit |
| May 5, 2022 | $35,000 | Wire |
| May 6, 2022 | $3,000 | Cash |
| May 20, 2022 | $49,000 | Wire |
| Total | $245,000 | |

*See* **Exhibit B** to the Complaint (Transaction Records).

11. Based on the purchase of the Print Machine, on or about April 22, 2022, Plaintiff entered into an agreement with an Indian entity to resell the Print Machine, hoping to make a profit of $55,000.

12. However, after receiving final payment on May 20, 2022, Defendant stopped communicating with Plaintiff. Whereas, before Defendant almost daily sent text messages to Plaintiff, harassing Plaintiff for the payment. As a result, due to Defendant's constant pressure, Plaintiff completely paid off the Print Machine even before it arrived in India.

13. After not hearing from Defendant for almost three weeks, on or about June 20, 2022, Plaintiff called Redding Print Co., Inc. to inquire about the Print Machine. On that call, Plaintiff learned that Defendant had sold the Print Machine to another entity which was already at the premises dismantling the machine. Upon learning that Plaintiff had been defrauded, Mr. Singh, immediately flew to Redding, CA to see if he can secure the Print Machine. Upon arriving at the Redding Print Co. Inc., where the Print Machine was residing, Mr. Singh learned that Defendant informed Redding Print that the Print Machine has been sold to a different entity and that Mr. Singh should be thrown out of the building.

14. On information and belief, Plaintiff alleges that the Print Machine has now been shipped to a different entity. Plaintiff has made multiple demands on Defendant to returns its money, but Defendant has refused to do so. Plaintiff has not only lost the money that it paid for the Print Machine, it also cannot fulfill the resale agreement with its customer in India, resulting in loss profits and reputational harm in the Indian business community.

### First Cause of Action
### (Breach of Contract)

15. Plaintiff repeats and realleges the allegations contained in all prior paragraphs as if forth fully herein.

16. The contract is a valid and binding agreement between the parties.

17. As alleged above, Plaintiff at all times performed its obligations under the contract and made complete payment for the Print Machine.

18. Defendant failed to ship and deliver the Print Machine and breached the contract.

19. As a result of the breach, Plaintiff could not fulfill its resale agreement in India and suffered loss profit and reputational harm.

20. By reason of the foregoing, Plaintiff has been injured in an amount to be determined at trial but no less than $500,000, plus interest, for which sum the Seller is liable to Plaintiff.

**Second Cause of Action**
**(Fraud In the Inducement)**

21. Plaintiff repeats and realleges the allegations contained in all prior paragraphs as if forth fully herein.

22. Defendant lied and mispresented to Plaintiff that it would sell the Print Machine to Plaintiff. At the time, Defendant made the representations, it had no intention of selling the Print Machine to Plaintiff.

23. Defendant sold the Print Machine to another entity and made false representations to Plaintiff to defraud Plaintiff and luring Plaintiff into paying Defendant hundreds of thousands of dollars.

24. Plaintiff reasonably relied upon Defendant who confirmed that the Print Machine was in Redding CA and would be sold to Plaintiff based on the terms of the invoice.

25. Had Plaintiff known that the Defendant's representations were false and fraudulent, Plaintiff never would have agreed to enter the contract, nor would Plaintiff agreed to send $245.000 to Defendant.

26. As a result of Defendant's knowingly false and fraudulent misrepresentation and plaintiff's reliance thereupon, Plaintiff has suffered damages.

27. By reason of the foregoing, Plaintiff has been injured in an amount to be determined at trial but no less than $500,000, plus interest, for which sum the Seller is liable to Plaintiff.

28. As a result, Plaintiff has suffered disruption, loss of business and damages to its reputation, and thereby, should be awarded compensatory and punitive damages.

29. Defendant's acts were malicious, oppressive and fraudulent, entitling Plaintiff to an award of exemplary damages.

### Third Cause of Action
### (Unjust Enrichment)

30. Plaintiff repeats and realleges the allegations contained in all prior paragraphs as if forth fully herein.

31. By reason of its foregoing conduct – including in fraudulently inducing Plaintiff to enter into the Contract, breaching the Contract deliberately, and failing and refusing to honor its legal and contractual obligations to return to Plaintiff its money – the Defendant has profited and enriched himself unjustly at the expense and to the detriment of Plaintiff.

32. The Defendant should not be permitted, in equity and good conscience, to retain the money that rightfully belongs to Plaintiff.

33. By reason of the foregoing, Plaintiff has been injured in an amount to be determined at trial but no less than $500,000, plus interest, for which sum the Seller is liable to Plaintiff.

### Fourth Cause of Action
### (Conversion)

34. Plaintiff repeats and realleges the allegations contained in all prior paragraphs as if fully set forth herein.

35. Plaintiff made substantial payments based on upon Defendant's promises and contractual obligation to sell the Print Machine.

36. Defendant accepted the payment but failed to deliver the Print Machine

37. Defendant has effectively stolen Plaintiff's funds.

38. Defendant has without permission and authority, assumed and exercised rights of ownership over the monies belong to Plaintiff and converted same to its sole use and purpose to the exclusion of plaintiff.

39. As a direct and proximate result, Plaintiff has been damaged by the wrongful acts of Plaintiff and is entitled to compensatory and punitive damages to be proven at trial, but not less than $500,000.

### Fifth Cause of Action
### (Tortious Interference with Prospective Advantageous Business Relationship)

40. Plaintiff repeats and realleges the allegations contained in all prior paragraphs as if forth fully herein.

41. By virtue of its reputation, Plaintiff has developed valuable business relationships with its clients. A prospective advantageous business relationship exists between Plaintiff and its client in India and prospective clients.

42. Defendant is and was aware of the prospective business relationship that exists between Plaintiff and its client, and between Plaintiff and its potential clients.

43. Despite knowledge of the foregoing, Defendant has threatened to interfere, has interfered, and continues to interfere with Plaintiff's prospective business relationship with its client and potential clients by failing to provide the Print-Machine and tarnishing Plaintiff's reputation.

44. The acts of Defendant were intentional and carried out for the purpose of disrupting Plaintiff's prospective advantageous business relationship with its client and/or potential clients.

45. As a direct and proximate result of Defendants' conduct, Plaintiff has suffered damages, including the loss of customer and/or potential customers, the loss of goodwill and business reputation, and other economic loss.

46. Defendant's tortious conduct was and is willful and malicious.

47. Accordingly, Plaintiff is entitled to damages to proven at trial but not less than $500,000 and recover exemplary damages against Defendant in an amount to be determined in accordance with proof at trial.

**WHEREFORE,** Plaintiff demands judgment as follows:

A. As to the First Cause of Action, damages in an amount to be proven at trial, but not less than $500,000.

B. As to the Second Cause of Action, damages in an amount to be proven at trial, but not less than $500,000.

C. As to the Third Cause of Action, restitution in an amount to be proven at trial, but not less than $500,000.

D.  As to the Fourth Cause of Action, damages in an amount to be proven at trial, but not less than $500,000.

E.  As to the Fifth Cause of Action, damages in an amount to be proven at trial, but not less than $500,000.

F.  As to all counts, pre- and post-judgment interest.

G.  Attorneys' fees and costs;

H.  Exemplary and punitive damages; and

I.  Any other relief available at law or equity.

DATED:  July 5, 2022                    **INFINITY LAW GROUP LLP**


By _____
S. Ashar Ahmed
Jenelle Welling
Attorneys for Plaintiff
H.S. Print Service Pvt. Ltd.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFINITY LAW GROUP LLP
1020 AILEEN STREET
LAFAYETTE, CALIFORNIA 94549

# EXHIBIT A

 **Anand Printing**

# Machinery INC

188 West, 16th Street , Deer Park, NY 11729
(609)851-1499
(513)571-6392
anandmachinery74@gmail.com

| BILL TO: | H.S. Print Service Pvt. Ltd. | Proforma Invoice No.: 20220224 |
|---|---|---|
| | B6,Mayapuri Industrial Area, Phase 1 New Delhi 110064 | Date: Feb 24,2022 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| | | | (CIF ICD-TKD DELHI) |
| HEIDELBERG CD 102-6LX COATER WITH ALL STANDARD ACCESSORIES AND EQUIPMENT | 1 | $245,000.00 | $245,000.00 |
| SIZE: 28''X40'' | | | |
| SERIAL NO 539185 C&F INDIA | | | |
| Please remit payment to: | | | |
| BANK OF AMERICA N.A., NEW YORK,NY,USA ACCOUNT NO: 483052092243 SWIFT CODE: BOFAUS3N ABA026009593 | | | |
| PAYMENT TERMS: Advance payment @10%/ US$ 25,000/- on or before 10032022 AS ADVANCE, | | SUBTOTAL | $245,000.00 |
| US$ 170,000/- Before loading of machine & BALANCE US$ 50,000/- after the Release of Goods by Customs with Bill of Entry | | TAX (0%) | $0.00 |
| | | TOTAL | $245,000.00 |
| Thank you for your business. | | | |

Yours faithfully

AMAN
513-571-6392

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFINITY LAW GROUP LLP
1020 AILEEN STREET
LAFAYETTE, CALIFORNIA 94549

# **EXHIBIT B**

**NK OF AMERICA**

## Client Receipt

nk you for banking with us today.

se save this receipt until you see the transaction completed on your statement. Transactions are credited subject to verification, collection, and the ter
ur account. Keep in mind, transactions made in a financial center on non-business days (Saturday, Sunday, and bank holidays) aren't processed until
business day we're open.

bankofamerica.com to learn more about how you can receive money fast
ugh electronic payment methods like direct deposit, Zelle®, ACH, and
s.

and the Zelle related marks are wholly owned by Early Warning Services, LLC and used herein under
. Terms and conditions apply.

```
Tran 002910   04/25/2022   16:42
Entity NCA  CC 0001269 Tlr 00001
Account      **********2243
R/T# 540040106
Deposit                    $10,000.00

IntRef      203TATSF2M49VF822509838
```

aber FDIC
4-2005B  03-2020



**BANK OF AMERICA**

**Counter Deposit**   **CREDIT**

Name Anond brinding machinery inc  Date 04/25/2022

Address 188 W 18th St.

City/State/Zip Code DEER PARK NY 11729

Telephone (   ) N/A

All items received subject to terms and conditions of applicable laws, regulations and deposit agreement. Proper identification required.

Deposits may not be available for immediate withdrawal.

00-14-3074B  11-2020

Cash ▶

Checks ▶    1 1000000

Subtotal ▶

Less Cash ▶

SIGN HERE IF CASH RECEIVED FROM DEPOSIT

Location/Store/Serial # (For Business customers only)   Proof Code Account Number

# Here are the details of your Transfer

A Transfer was made on April 25, 2022 at 10:44 AM at our 11159 Sierra Ave Fontana, CA 92337-9310 location

## DETAILS

From account: DDA 5817
To account: DDA 2243
Transaction amount: $5,666.00
Transaction ID: 318 318-0002224 718 003

Important Information:

- Keep this receipt until you see the transaction completed on your statement.
- Depending on your account's terms and conditions, it might not be finalized right away since some transactions may need to be verified or have a payment collected.
- Keep in mind, transactions made in a financial center on non-business days (Saturday, Sunday and bank holidays) aren't processed until the next business day we're open.

 **Ask Erica**
*"Has my Transfer posted?"*

**Using our mobile app?**
Make deposits, check account balances, and much more.

 Scan this code using your smartphone or QR reader to learn more

# BANK OF AMERICA

## Client Receipt

Thank you for banking with us today.

Please save this receipt until you see the transaction completed on your statement. Transactions are credited subject to verification, collection, and the terms of your account. Keep in mind, transactions made in a financial center on non-business days (Saturday, Sunday, and bank holidays) aren't processed until the next business day we're open.

Visit bankofamerica.com to learn more about how you can receive money fast **through electronic payment methods like direct deposit, Zelle®, ACH, and** es.

and the Zelle related marks are wholly owned by Early Warning Services, LLC and used herein under Terms and conditions apply.

| | | |
|---|---|---|
| Tran 00030 | 04/22/2022 | 19:10X |
| Emb'cy #NY  CU 40y4D4A  TLr 00003 | | |
| A Count  XXXXXXXX2243 | | |
| R/TR 590040106 | | |
| Deposit | | $28,000.00 |
| | | |
| IntRef | 2031AYSF2H4YVH83STX2D58 |

DIC
B  03-2020

**BANK OF AMERICA**                     Client Receipt

Thank you for banking with us today.

Please save this receipt until you see the transaction completed on your statement. Transactions are credited subject to verification, collection, and the terms of your account. Keep in mind, transactions made in a financial center on non-business days (Saturday, Sunday, and bank holidays) aren't processed until the next business day we're open.

Visit bankofamerica.com to learn more about how you can receive money faster through electronic payment methods like direct deposit, Zelle®, ACH, and wires.

Zelle® and the Zelle related marks are wholly owned by Early Warning Services, LLC and used herein under license. Terms and conditions apply.

Member FDIC
95-14-2005B   03-2020

Stan  00074    04/26/2022    14:02
Entity  NCA   CC 0001269 Tlr 00004
Account          ********2243
R/T# 540040106
Deposit                      $10,000.00

IntRef        203TAT5F2M49VF822509838

Untitled Document                                                                 Page 1 of 1

INDIAN BANK                                    Tel No      :
FXPC MUMBAI                                    FAX No      :
T-4, World Trade Centre, The Arcade            SWIFT No    : IDIBINBBRPM

--------------------------------------------------------------------
                        Debit Advice For Advance Payment
--------------------------------------------------------------------
                                               Date : 28-02-2022

To
H S PRINT SERVICE P LTD
73 GALI NO. 2 PALAM ROAD VAISHAILI NEW DELHI INDIA


Dear Sir/s,
We have debited your accounts towards advance Payment reference number 0624522AP0000786
The details are as follows:

| | | | |
|---|---|---|---|
| Advance Payment Amount | : USD 25000 | Beneficiary Name | : ANAND PRINTING MACHINERY INC |
| Total Charges INR | : 3948 | Beneficiary Address | : 188 WEST 16TH STREET DEER PARK NY 11729 USA |
| PCFC Debit: | | | : |
| PCFC Debit Amount | : USD 0 | | : |
| EEFC-1 | | Charges | |
| Currency/ Debit Amount | : 0 | Commission | : 3358 |
| Conversion Rate | : | SWIFT Charges | : 0 |
| EEFC-2 | | Postage Fee | : 0 |
| Currency/ Debit Amount | : 0 | Other Charges | : 0 |
| Conversion Rate | : | | ---- |
| Rupee Account : | | Total charges | : 3948 |
| Account Number | : 20401387765 | | |
| Debit amount | : INR 1901198 | | |
| Forward Contract Delivery : | | | |
| Delivery Amount | : USD 0 | | |
| Weighted Avg. Rate | : 0 | | |
| Ready Amount | : USD 25000 | | |
| Ready Rate | : 75.89 | | |

As per extent exchange control regulation of RBI,please ensure physical import of goods into india
within 6 months from today and submission of necessary documentary evidence (Bill of entry,etc)
within 15 days from the close of the said period.


Yours faithfully,

Authorised Signatory

| | |
|---|---|
| Application: | Alliance Message Management |
| Report type: | Instance Search - Detailed Report |
| Operator: | 36544 |
| Alliance Server Instance: | SAA-DR |
| Date - Time: | 2022/03/04 13:10:56 |

**Reprint From MFA-0000-000000**

**Instance Type and Transmission**

Copy
Priority/Delivery :        Normal
**Message Header**

| | |
|---|---|
| Swift Input: | FIN 103 Single Customer Credit Transfer |
| Sender : | IDIBINBBRPM |
| | INDIAN BANK |
| | (FXPC MUMBAI) |
| | MUMBAI                                                     IN |
| Receiver : | PNBPUS3NNYC |
| | WELLS FARGO BANK, N.A. |
| | (NEW YORK INTERNATIONAL BRANCH) |
| | NEW YORK.NY US |
| UETR : | a2767a9e-457c-401a-b456-3d6670ed8287 |
| SLA ID : | 001 |

**Message Text**

```
F20: Sender's Reference
        0824522AP0000788
F23B: Bank Operation Code
        CRED
F32A: Value Date/Currency/Interbank Settled Amount
        Date:           220226          2022 Feb 28
        Currency:       USD             US DOLLAR
        Amount:         25000,00        #25000,00#
F33B: Currency/Instructed Amount
        Currency:       USD             US DOLLAR
        Amount:         25000,00        #25000,00#
F50K: Ordering Customer - Account - Name and Address
        Account:
        /20401387769
        Name and Address:
        H S PRINT SERVICE P LTD
        73 GALI NO. 2 PALAM ROAD VAISHAILI
        NEW DELHI INDIA
F53A: Sender's Correspondent - Party Identifier - Identifier Code
        Party Identifier:
        /208019106243A
        Identifier Code:
        IDIBINBBTRY
                        INDIAN BANK
                        (TREASURY BRANCH)
                        CHENNAI (MADRAS) IN
F57A: Account With Institution - Party Identifier - Identifier Code
        Identifier Code:
```

```
                       BOFAUS3NXXX
                         BANK OF AMERICA, N.A.

                         NEW YORK,NY US
    F59: Beneficiary Customer - Account - Name and Address
              Account:
                    /483052092243
              Name and Address:
                    ANAND PRINTING MACHINERY INC
                    188 WEST 16TH STREET DEER PARK NY 1
                    1729 USA
    F70: Remittance Information
              ADVANCE IMPORT PAYMENT P1. NO. 2022
              0224 DATED 24 FEB 2022
    F71A: Details of Charges
              SHA
    F71F: Sender's Charges
              Currency:        USD        US DOLLAR
              Amount:          0,00        #0,00#
```

**End of Message**


Report Footer


**Number of Entities:**        1
**End of report**

INDIAN BANK                                Tel No      :
EXPC MUMBAI                                FAX No      :
T-4, World Trade Centre, The Arcade        SWIFT No   : IDIBINBBRPM

-----------------------------------------------------------------
                      Debit Advice For Advance Payment
-----------------------------------------------------------------
                                          Date . 10-03-2022
To
H S PRINT SERVICE (P) LTD
73 GALI NO. 2 PALAM ROAD, VAISHAILI, NEW DELHI, INDIA


Dear Sir/s,
We have debited your accounts towards advance Payment reference number 0624522AP0000930
The details are as follows:

| | | | | |
|---|---|---|---|---|
| Advance Payment Amount | : USD 25000 | Beneficiary Name | : ANAND PRINTING MACHINERY INC | |
| Total Charges INR | : 3977 | Beneficiary Address | : 188 WEST 16TH STREET DEER PARK NY 11729 USA | |
| PCFC Debit: | | | : | |
| PCFC Debit Amount | : USD 0 | | : | |
| EEFC-1 | | Charges | | |
| Currency/ Debit Amount | : 0 | Commission | : 3387 | |
| Conversion Rate | : | SWIFT Charges | : 0 | |
| EEFC-2 | | Postage Fee | : 0 | |
| Currency/ Debit Amount | : 0 | Other Charges | : 0 | |
| Conversion Rate | : | | ----- | |
| Rupee Account : | | Total charges | : 3977 | |
| Account Number | : 20401387765 | | | |
| Debit amount | : INR 1917477 | | | |
| Forward Contract Delivery : | | | | |
| Delivery Amount | : USD 0 | | | |
| Weighted Avg. Rate | : 0 | | | |
| Ready Amount | : USD 25000 | | | |
| Ready Rate | : 76.54 | | | |

As per extent exchange control regulation of RBI,please ensure physical import of goods into india
within 6 months from today and submission of necessary documentary evidence (Bill of entry,etc)
within 15 days from the close of the said period.


Yours faithfully,

Authorised Signatory

| | |
|---|---|
| Application: | Alliance Message Management |
| Report type: | Instance Search - Detailed Report |
| Operator: | 36544 |
| Alliance Server Instance: | SAA-DR |
| Date - Time: | 2022/03/11 13:20:09 |

**Reprint From MFA-0000-000000**

**Instance Type and Transmission**

Copy
Priority/Delivery .         Normal
**Message Header**

Swift Input·              FIN 103 Single Customer Credit Transfer
Sender ·                  IDIBINBBRPM
                         INDIAN BANK
                         (FXPC MUMBAI)
                         MUMBAI                                              IN
Receiver                  PNBPUS3NNYC
                         WELLS FARGO BANK, N.A.
                         (NEW YORK INTERNATIONAL BRANCH)
                         NEW YORK,NY US
UETR :                    dc55f0d2-fcae-4116-97cb-a18f36a09485
SLA ID ·                  001
**Message Text**

F20: Sender's Reference
        0624522APC000930
F23B: Bank Operation Code
        CRED
F32A: Value Date/Currency/Interbank Settled Amount
        Date:           220310          2022 Mar 10
        Currency:       USD             US DOLLAR
        Amount:         25000,00        #25000,00#
F33B: Currency/Instructed Amount
        Currency:       USD             US DOLLAR
        Amount:         25000,00        #25000,00#
F50K: Ordering Customer - Account - Name and Address
        Account:
                /20401387765
        Name and Address:
                H S PRINT SERVICE (P)LTD
                72 GALI NO. 2 PALAM ROAD, VAISHALI
                , NEW DELHI, INDIA
F53A: Sender's Correspondent - Party Identifier - Identifier Code
        Party Identifier:
                /2080191062434
        Identifier Code:
                IDIBINBBTRY
                        INDIAN BANK
                        (TREASURY BRANCH)
                        CHENNAI (MADRAS) IN
F57A: Account With Institution - Party Identifier - Identifier Code
        Identifier Code:

```
                    BOFAUS3NXXX
                         BANK OF AMERICA, N.A.

                    NEW YORK,NY US
F59: Beneficiary Customer - Account - Name and Address
       Account:
              /443052092243
       Name and Address:
              ANAND PRINTING MACHINERY INC
              188 WEST 16TH STREET DEER PARK NY 1
              1729 USA
F70: Remittance Information
       ADVANCE IMPORT PAYMENT INV. NO. 202
       20224
F71A: Details of Charges
       SHA
F71F: Sender's Charges
       Currency:        USD          US DOLLAR
       Amount:          0,00         #0,00#
```

**End of Message**

Report Footer

   **Number of Entities:**          1
   **End of report**

**INDIAN BANK**
FXPC MUMBAI
T-4, World Trade Centre, The Arcade

Tel No :
FAX No :
SWIFT No : IDIBINBBRPM

---

Debit Advice For Advance Payment

---

Date : 22-04-2022

To
H S PRINT SERVICE (P)LTD
73 GALI NO.2PALAM ROAD,VAISHAILINEW DELHI 0

Dear Sir/s.
We have debited your accounts towards advance Payment reference number 0624522AP0001541
The details are as follows:

| | | | |
|---|---|---|---|
| Advance Payment Amount | : USD 45000 | Beneficiary Name | : ANAND PRINTING MACHINERY INC |
| Total Charges INR | : 6697 | Beneficiary Address | : USA |
| PCFC Debit: | | | : |
| PCFC Debit Amount | : USD 0 | | : |
| EEFC-1 | | **Charges** | |
| Currency/ Debit Amount | : 0 | Commission | : 6107 |
| Conversion Rate | : | SWIFT Charges | : 0 |
| EEFC-2 | | Postage Fee | : 0 |
| Currency/ Debit Amount | : 0 | Other Charges | : 0 |
| Conversion Rate | : | | |
| Rupee Account : | | Total charges | : 6697 |
| Account Number | : 20401387765 | | |
| Debit amount | : INR 3456847 | | |
| Forward Contract Delivery : | | | |
| Delivery Amount | : USD 0 | | |
| Weighted Avg. Rate | : 0 | | |
| Ready Amount | : USD 45000 | | |
| Ready Rate | : 76.67 | | |

As per extent exchange control regulation of RBI,please ensure physical import of goods into india
within 6 months from today and submission of necessary documentary evidence (Bill of entry,etc)
within 15 days from the close of the said period.

Yours faithfully.

Authorised Signatory

| Application: | Alliance Message Management |
|---|---|
| Report type: | Instance Search - Detailed Report |
| Operator: | 36544 |
| Alliance Server Instance: | SAA-DR |
| Date - Time: | 2022/04/27 13:02:28 |

**Reprint From MFA-0000-000000**

**Instance Type and Transmission**

Copy
Priority/Delivery .                Normal
**Message Header**

| Swift Input: | FIN 103 Single Customer Credt Transfer |
|---|---|
| Sender | IDIBINBBRPM |
| | INDIAN BANK |
| | (FXPC MUMBAI) |
| | MUMBAI                                                    IN |
| Receiver : | PNBPUS3NNYC |
| | WELLS FARGO BANK, N.A. |
| | (NEW YORK INTERNATIONAL BRANCH) |
| | NEW YORK,NY US |
| UETR : | 09617f98-e136-4f4c-af89-f95ce7e254eb |
| SLA ID : | 001 |

**Message Text**

```
F20: Sender's Reference
          982-S20AP2003541
F23B: Bank Operation Code
          CRED
F32A: Value Date/Currency/Interbank Settled Amount
          Date:          220422          2022 Apr 22
          Currency:          USD          US DOLLAR
          Amount:          45000,00          #45000,00#
F33B: Currency/Instructed Amount
          Currency:          USD          US DOLLAR
          Amount:          45000,00          #45000,00#
F50K: Ordering Customer - Account - Name and Address
          Account:
                /28401387765
          Name and Address:
                H S PRINT SERVICE (P)LTD
                73 GALI NO 2PALAM ROAD,VAISHALINEW
                DELHI 0
F53A: Sender's Correspondent - Party Identifier - Identifier Code
          Party Identifier:
                /2000191062434
          Identifier Code:
                IDIBINBBTSY
                          INDIAN BANK
                          (TREASURY BRANCH)
                          CHENNAI (MADRAS) IN
F57A: Account With Institution - Party Identifier - Identifier Code
          Identifier Code:
```

```
                    BOFAUS3NXXX
                         BANK OF AMERICA, N.A.

                    NEW YORK,NY US
F59: Beneficiary Customer - Account - Name and Address
        Account:
                    /483052092243
        Name and Address:
                    ANAND PRINTING MACHINERY INC
                    USA
F70: Remittance Information
        ADVANCE PAYMENT
F71A: Details of Charges
        SHA
F71F: Sender's Charges
        Currency:        USD          US DOLLAR
        Amount:          0,00         #0,00#
```

**End of Message**

Report Footer

**Number of Entities:**          1
**End of report**

**INDIAN BANK**                                    Tel No       :
FXPC MUMBAI                                        FAX No       :
1-4, World Trade Centre, The Arcade               SWIFT No    : IDIBINBBRPM

----------------------------------------------------------------------------------
                           Debit Advice For Advance Payment
----------------------------------------------------------------------------------
                                                          Date : 05-05-2022

To
H S PRINT SERVICE (P)LTD
73 GALI NO 2PALAM ROAD,VAISHAILINEW DELHI 0

Dear Sir/s,
We have debited your accounts towards advance Payment reference number 0624522AP0001714
The details are as follows:

| | | | |
|---|---|---|---|
| Advance Payment Amount | : USD 35000 | Beneficiary Name | : ANAND PRINTING MACHINERY INC |
| Total Charges INR | : 5332 | Beneficiary Address | : USA |
| PCFC Debit: | | | |
| PCFC Debit Amount | : USD 0 | | |
| EEFC-1 | | Charges | |
| Currency/ Debit Amount | : 0 | Commission | . 4742 |
| Conversion Rate | : | SWIFT Charges | : 0 |
| EEFC-2 | | Postage Fee | : 0 |
| Currency/ Debit Amount | : 0 | Other Charges | : 0 |
| Conversion Rate | : | | ---- |
| Rupee Account : | | Total charges | : 5332 |
| Account Number | : 20401387765 | | |
| Debit amount | : INR 2684232 | | |
| Forward Contract Delivery : | | | |
| Delivery Amount | : USD 0 | | |
| Weighted Avg. Rate | : 0 | | |
| Ready Amount | : USD 35000 | | |
| Ready Rate | : 76.54 | | |

As per extent exchange control regulation of RBI,please ensure physical import of goods into india
within 6 months from today and submission of necessary documentary evidence (Bill of entry,etc)
within 15 days from the close of the said period.

Yours faithfully,

Authorised Signatory

| Application: | Alliance Message Management |
| --- | --- |
| Report type: | Instance Search - Detailed Report |
| Operator: | 36544 |
| Alliance Server Instance: | SAA-DR |
| Date - Time. | 2022/05/09 11:02:58 |

**Reprint From MFA-0000-000000**

**Instance Type and Transmission**

Copy
Priority/Delivery :          Normal
**Message Header**

| Swift Input: | FIN 103 Single Customer Credt Transfer |
| --- | --- |
| Sender : | IDIBINBBRPM |
| | INDIAN BANK |
| | (FXPC MUMBAI) |
| | MUMBAI                                              IN |
| Receiver | PNBPUS3NNYC |
| | WELLS FARGO BANK, N.A. |
| | (NEW YORK INTERNATIONAL BRANCH) |
| | NEW YORK,NY US |
| UETR : | 8c8a311d-00c3-4d36-af15-bc68dcc0a417 |
| SLA ID . | 001 |

**Message Text**

```
F20: Sender's Reference
        0624522AP0003714
F23B: Bank Operation Code
        CRED
F32A: Value Date/Currency/Interbank Settled Amount
        Date:           220505          2022 May 05
        Currency:       USD             US DOLLAR
        Amount:         35000,00        #35000,00#
F33B: Currency/Instructed Amount
        Currency:       USD             US DOLLAR
        Amount:         35000,00        #35000,00#
F50F: Ordering Customer - Account - Name and Address
        Account:
                /26401387765
        Name and Address:
                H G PRINT SERVICE (P)LTD
                75 GALI NO 2PALAM ROAD,VAISHALINEW
                DELHI 0
F52A: Sender's Correspondent - Party Identifier - Identifier Code
        Party Identifier:
                /2000191062434
        Identifier Code:
                IDIBINBBTSY
                INDIAN BANK
                (TREASURY BRANCH)
                CHENNAI (MADRAS) IN
F57A: Account With Institution - Party Identifier - Identifier Code
        Identifier Code:
```

BOFAUS3NXXX
BANK OF AMERICA, N.A.

NEW YORK,NY US
F59: Beneficiary Customer - Account - Name and Address
          Account:
                    /483052092243
          Name and Address:
                    ANAND PRINTING MACHINERY INC
                    USA
F70: Remittance Information
          ADVANCE PAYMENT
F71A: Details of Charges
          SHA
F71F: Sender's Charges
          Currency:          USD          US DOLLAR
          Amount:            0,00          #0,00#

**End of Message**

Report Footer

    **Number of Entities:**          1
    **End of report**

**INDIAN BANK**
FXPC MUMBAI
T-4, World Trade Centre, The Arcade

Tel No         :
FAX No        :
SWIFT No   : IDIBINBBRPM

---------------------------------------------------------------------------------
Debit Advice For Advance Payment
---------------------------------------------------------------------------------

Date : 20-05-2022

To
H S PRINT SERVICE (P)LTD
73 GALI NO 2PALAM ROAD.VAISHAILINEW DELHI 0

Dear Sir/s,
We have debited your accounts towards advance Payment reference number 0624522AP0001970
The details are as follows:

---------------------------------------------------------------------------------

| Advance Payment Amount | USD 49000 | Beneficiary Name | : ANAND PRINTING MACHINERY INC |
|---|---|---|---|
| Total Charges INR | : 7338 | Beneficiary Address | : USA |
| PCFC Debit: | | | : |
| PCFC Debit Amount | : USD 0 | | : |
| EEFC-1 | | Charges | : |
| Currency/ Debit Amount | : 0 | Commission | : 6748 |
| Conversion Rate | : | SWIFT Charges | : 0 |
| EEFC-2 | | Postage Fee | : 0 |
| Currency/ Debit Amount | : 0 | Other Charges | : 0 |
| Conversion Rate | : | | ----- |
| Rupee Account : | | Total charges | : 7338 |
| Account Number | : 20401387765 | | |
| Debit amount | : INR 3820028 | | |
| Forward Contract Delivery : | | | |
| Delivery Amount | : USD 0 | | |
| Weighted Avg. Rate | : 0 | | |
| Ready Amount | : USD 49000 | | |
| Ready Rate | : 77.81 | | |

As per extent exchange control regulation of RBI,please ensure physical import of goods into india
within 6 months from today and submission of necessary documentary evidence (Bill of entry,etc)
within 15 days from the close of the said period.

Yours faithfully,

Authorised Signatory

Report Heade

| Application: | Alliance Message Management |
| Report type: | Instance Search - Detailed Report |
| Operator: | 36544 |
| Alliance Server Instance: | SAA-DR |
| Date - Time: | 2022/05/21 11:17:25 |

Report Content

**Reprint From MFA-0000-000000**

**Instance Type and Transmission**

Copy
Priority/Delivery :          Normal
**Message Header**

| Swift Input: | FIN 103 Single Customer Credt Transfer |
| Sender : | IDIBINBBRPM |
| | INDIAN BANK |
| | (FXPC MUMBAI) |
| | MUMBAI                                          IN |
| Receiver : | PNBPUS3NNYC |
| | WELLS FARGO BANK, N.A. |
| | (NEW YORK INTERNATIONAL BRANCH) |
| | NEW YORK,NY US |
| UETR : | d1d7e86d-43e6-49f4-9562-26f35248b665 |
| SLA ID : | 001 |

**Message Text**

```
F20: Sender's Reference
     0624522AP0001970
F23B: Bank Operation Code
     CRED
F32A: Value Date/Currency/Interbank Settled Amount
     Date:          220520          2022 May 20
     Currency:      USD             US DOLLAR
     Amount:        49000,00        #49000,00#
F33B: Currency/Instructed Amount
     Currency:      USD             US DOLLAR
     Amount:        49000,00        #49000,00#
F50K: Ordering Customer - Account - Name and Address
     Account:
               /20401387765
          Name and Address:
               H S PRINT SERVICE (P)LTD
               73 GALI NO 2PALAM ROAD.VAISHAILINEW
               DELHI 0
F53A: Sender's Correspondent - Party Identifier - Identifier Code
     Party Identifier:
               /2000191062434
          Identifier Code:
               IDIBINBBTSY
                    INDIAN BANK
                    (TREASURY BRANCH)
                    CHENNAI (MADRAS) IN
F57A: Account With Institution - Party Identifier - Identifier Code
     Identifier Code:
```

BOFAUS3NXXX
BANK OF AMERICA, N.A.

NEW YORK,NY US
F59: Beneficiary Customer - Account - Name and Address
        Account:
                /483052092243
        Name and Address:
                ANAND PRINTING MACHINERY INC
                USA
F70: Remittance Information
        ADVANCE PAYMENT
F71A: Details of Charges
        SHA
F71F: Sender's Charges
        Currency:       USD         US DOLLAR
        Amount:         0,00        #0,00#

**End of Message**

Report Foote:

    Number of Entities:         1
    End of report